## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE:**<br><br>**FOSAMAX PRODUCTS LIABILITY LITIGATION**<br><br>─────────────────────────<br>**This Document Relates to:**<br><br>*Leonard Doneson v. Merck & Co., Inc.*<br>Case No:  1:07-cv-6264 | **1:06-md-1789 (JFK)** |

### NOTICE OF APPEARANCE

Comes now Jeffrey J. Lowe of The Lowe Law Firm, and having been admitted *pro hac vice* in the above matter, hereby enters his appearance on behalf of plaintiff Leonard Doneson.  Order for Admission Pro Hac Vice is attached hereto.

THE LOWE LAW FIRM

By:_____/s/Jeffrey J. Lowe_____
Jeffrey J. Lowe (pro hac vice)
Attorney for Plaintiff
8235 Forsyth, Ste. 1100
St. Louis, MO  63105
(314) 678-3400
Fax:  (314) 678-3401
jeff@jefflowepc.com

### Certificate of Service

The undersigned hereby certifies that the foregoing was electronically filed using the ECF/CM system this 27th day of March, 2008.

_____/s/Jeffrey J. Lowe_____