IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION

MASTER FILE

1:06-MD-1789 (JKF)

## ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Case Management Order No. 5 (Pro Hac Vice Admission) dated November 8, 2006, JEFFREY J. LOWE, who is a member in good standing of the Missouri Bar; and whose contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jeffrey J. Lowe |
| Firm Name: | The Lowe Law Firm |
| Address: | 8235 Forsyth, Suite 1100 |
| City/State/Zip: | Clayton, Missouri 63105 |
| Telephone/Fax: | (314) 678-3400/(314) 678-3401 |
| E-Mail Address: | jeff@jefflowepc.com |

IT IS HEREBY ORDERED that JEFFREY J. LOWE, is admitted to practice pro hac vice as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.

Dated March 10, 2008.

John F. Keenan
United States District Judge